

**FILED**

NOV 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Ezequiel Romo
    Plaintiff
vs.
Mathew Cate, et al.
    Defendant(s)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

CASE NUMBER: 2:11CV2898 DAD P

I, Ezequiel Romo, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. California Correctional Institution (CCI).

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed? ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No

   b. Rent payments, interest or dividends    ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

   d. Disability or workers compensation payments    ☐ Yes    ☒ No

   e. Gifts or inheritances    ☐ Yes    ☒ No

   f. Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.non-hab (rev. 7/02)

4. Do you have any checking accounts? ☐ Yes ☒ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   ⌀

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

   __October 18, 2011__                __[signature]__
   DATE                                SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __44.89__ on account to his/her credit at __California Correctional Institution__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __28.67__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __70.83__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

__10-27-11__                     __[signature]__         California Correctional Institution
DATE                             SIGNATURE OF AUTHORIZED OFFICER   Accounting Office/Trust
                                                                    Post Office 1031
                                                                    Tehachapi, CA 93581

ifpform.non-hab (rev. 7/02)

Date\Time: 10/27/2011 8:02:11 AM
Institution: CCI

# CDCR
## Inmate Statement Report

| Start Date: | 4/27/2011 | Revalidation Cycle: | All |
| --- | --- | --- | --- |
| End Date: | 10/27/2011 | Housing Unit: | All |
| Inmate/Group#: | K38661 | | |

1

Date\Time: 10/27/2011 9:11 AM  
Institution: CCI

**CDCR**
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| K38661 | ROMO, EZEQUIEL | CCI | B 008A2 | 210001 |

**Current Available Balance:** $44.89

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/27/2011 | CCI | BEGINNING BALANCE | | | | $110.84 |
| 05/10/2011 | CCI | SALES | 39 | | ($52.45) | $58.39 |
| 06/14/2011 | CCI | SALES | 70 | | ($54.75) | $3.64 |
| 06/20/2011 | CCI | EFT DEPOSIT | JPB#91952 6/17/11 | 5691 | $100.00 | $103.64 |
| 06/20/2011 | CCI | RESTITUTION FINE PAYMENT | | | ($50.00) | $53.64 |
| 06/20/2011 | CCI | ADMINISTRATIVE FEE | | | ($5.00) | $48.64 |
| 07/12/2011 | CCI | SALES | 84 | | ($46.35) | $2.29 |
| 08/05/2011 | CCI | EFT DEPOSIT | JPB#92000 | 5923 | $75.00 | $77.29 |
| 08/05/2011 | CCI | RESTITUTION FINE PAYMENT | | | ($37.50) | $39.79 |
| 08/05/2011 | CCI | ADMINISTRATIVE FEE | | | ($3.75) | $36.04 |
| 08/16/2011 | CCI | SALES | 42 | | ($29.75) | $6.29 |
| 08/30/2011 | CCI | EFT DEPOSIT | JPB#92025 8/29/11 | 6069 | $100.00 | $106.29 |
| 08/30/2011 | CCI | RESTITUTION FINE PAYMENT | | | ($50.00) | $56.29 |
| 08/30/2011 | CCI | ADMINISTRATIVE FEE | | | ($5.00) | $51.29 |
| 09/02/2011 | CCI | INMATE DEPOSIT | MR340 MO#19189456615 | 6083 | $50.00 | $101.29 |
| 09/13/2011 | CCI | SALES | 57 | | ($44.90) | $56.39 |
| 10/02/2011 | CCI | RESTITUTION FINE PAYMENT | | | ($25.00) | $31.39 |
| 10/02/2011 | CCI | ADMINISTRATIVE FEE | | | ($2.50) | $28.89 |
| 10/05/2011 | CCI | EFT DEPOSIT | JPB#92061-10/4/11 | 6266 | $100.00 | $128.89 |
| 10/05/2011 | CCI | RESTITUTION FINE PAYMENT | | | ($50.00) | $78.89 |
| 10/05/2011 | CCI | ADMINISTRATIVE FEE | | | ($5.00) | $73.89 |
| 10/12/2011 | CCI | SALES | 31 | | ($29.00) | $44.89 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

### Restitution List



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST: 10-27-11  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _____  
TRUST OFFICE

2

Date\Time: 10/27/2011 02:29:12 AM
Institution: CCI

# CDCR
## Inmate Statement Report

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | PA021710 | Fulfilled | $1,000.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | 04F05789 | Active | $1,600.00 | $0.00 | ($212.50) | $401.50 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 10-27-11
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

3