UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL ROMO, | No. 2:11-cv-2898 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action brought under 42 U.S.C. § 1983.  On January 7, 2016, defendants moved to compel responses to discovery. ECF No. 75. Defendants contend that plaintiff has failed entirely to respond to their discovery requests. To date, plaintiff has not filed an opposition or statement of non-opposition to defendants' motion. See E.D. Local Rule 230(*l*).

Shortly after filing their motion to compel, defendants moved for a settlement conference. ECF No. 76. On March 8, 2016, the Court granted defendants' request, vacated the dispositive motion deadline, and set this matter for a settlement conference before Magistrate Judge Kendall J. Newman for July 27, 2016. See ECF No. 77. After settlement negotiations were held, the case did not settle. Thus, pursuant to the March 8, 2016, Order, the dispositive motion deadline is now September 27, 2016.

1

In light of this procedural history, the status of defendants' motion is unclear. Accordingly, IT IS HEREBY ORDERED that defendants shall file a status report within seven (7) days from the date of this order apprising the Court of the status of their motion to compel.

DATED: September 21, 2016

                                      /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

/DLB7;romo2898.mtc