UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL ROMO, | No. 2:11-cv-2898 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

**I.     Introduction**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action brought under 42 U.S.C. § 1983. Pending before the court is defendants' January 7, 2016, motion to compel and September 15, 2016, motion to modify the dispositive motion deadline. ECF Nos. 75, 91.

**II.    Discussion**

This matter proceeds on plaintiff's fifth amended complaint against defendants T. Virga; G. Drummond; Cpt. Kramer; Lt. J. Stewart; Sgt. Buchanan; Sgt. Ellen; Sgt. Engellener; R.Mendoza; C/O E. Baker; I. Montez; and C/O R. Hood. See ECF Nos. 21, 25, 57.

On September 8, 2015, a Discovery and Scheduling Order ("DSO") issued setting January

1

11, 2016, as the discovery deadline, and March 9, 2016, as the deadline for filing dispositive motions. ECF No. 73.

Shortly after filing their motion to compel, defendants moved for a settlement conference. ECF No. 76. On March 8, 2016, the Court granted defendants' request. See ECF No. 77. The dispositive motion deadline was therefore vacated, and this matter was set for settlement conference before Magistrate Judge Kendall J. Newman for July 27, 2016. After settlement negotiations were held, the case did not settle. Thus, pursuant to the March 8, 2016, Order, the dispositive motion deadline is now September 27, 2016.

In their January 7, 2016, motion to compel and in a recently-filed status report, defendants claim that plaintiff has failed entirely to respond to their discovery requests. See ECF No. 93. Plaintiff has also not filed an opposition or statement of non-opposition to defendants' motion. In light of plaintiff's failure to respond, defendants now seek a 90-day extension of the dispositive motion deadline. ECF No. 91. Defendants have demonstrated good cause for both of their motions.

### III. Conclusion

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' January 7, 2016, motion to compel (ECF No. 75) is GRANTED;
2. Plaintiff shall respond to Defendant's discovery requests within thirty days from the date of this Order;
3. Defendants' September 15, 2016, motion to modify the dispositive motion deadline (ECF No. 91) is GRANTED; and
4. The dispositive motion deadline is continued to December 15, 2016.

Dated: September 27, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;romo2898.mtc2

2